Total pages: 4
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**James & Nancy Rodriguez,**

Debtor(s).

Case No. 10-63327-A-7

DC No. JES-1

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: 08/17/11
Time: 9:00 a.m.
Dept: A

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 11/17/10.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are a 6.667% interest in the family farming partnership. The underlying asset of the partnership is 92 acres (in Monterey County) which is subject to an

underlying lease to an unrelated party. The lease is triple net with all costs, except property taxes, borne by the lessee.

5. The property passed, from the Lauritson Survivors trust, and, while control and equitable title is held by the partnership, actual title appears to be in the individuals names.

6. The trustee has obtained an offer from James Rodriguez(the debtor herein), or nominee, to purchase(via payments described below and in **Exhibit "A"**) said interests for the sum of $109,555 less a valid exemption/encumbrance of $8,855. Ultimately the estate is to receive a net sum of $100,700.

7. Purchaser has made the initial payment of $39,500. Additional semi-annual payments of $7,700 and $7,600 are to be received in May and November, respectively, in each of 2011 through 2014 with a final payment of $7,700 to be paid May 2015-bringing the total of all payments to $100,700.

8. **In the event property is sold payment stream is accelerated; and, in the event of non-payment the estate will retain all funds received and still hold the partnership interest.**

9. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

10. The partnership interest is being sold "as is where is" and subject to liens and encumbrances of record, of which there are none known. **Sale is also subject to higher and better bid.**

11. Estate received a brokers opinion as to the value of the property which ranged from $4.2 to $4.6 million. In addition the partnership held approx. $8,800 in cash at 12/31/10.

12. Claims Bar Date passed 05/05/11 with **unreviewed** timely filed general unsecured claims filed in the amount of $100,327.

13. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property-given that estate's interest is fractional and forced liquidation would be costly.

14. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest. Ultimately, it appears the distribution would exceed 90% on timely filed claims.

15. Funds for debtor's purchase, as described in **Exhibit "A"** were the result of a post filing loan of $30,000 from his employer, the 05/11 lease payment of $7,700, and $1,800 of personal funds.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to enter into the transaction as described above-wherein interest in the partnership will not pass to debtor(buyer) until payments are completed.

DATED: 7/18/11

JAMES E. SALVEN,
Movant

-3-

# M. Nelson Enmark

ATTORNEY AT LAW          CA LIC #32447

## CHAPTER 7 & 13 BANKRUPTCY

June 16, 2011

Mr. James Edward Salven
Chapter 7 Trustee
P O Box 25970
Fresno, CA 93729



RECEIVED JUN 2 0 2011 BY:

**RE:    JAMES AND NANCY RODRIGUEZ**
        **U. S. BANKRUPTCY CASE NO.: 2010-63327-A-7**

Dear Jim:

This is to confirm our conversation of last week wherein I indicated on behalf of Jim Rodriguez that he was in the position to and was making the following offer:

1. He will secure funds from his employer in order to provide you with a $39,500.00 payment. The breakdown of the $39,500.00 payment includes his employer contribution of $30,000.00, return of $7,700.00 May lease payment from the bank and an additional $1,800.00 from the client.
2. He will assign the upcoming lease payments over the next four years, 2011, 2012, 2013 and 2014. That will include an already paid lease payment of $7,700.00 for May 2011 and a future payment of $7,600.00 for November and the comparable amounts for the respective months for the remaining years. This will continue for his existing lease payments for May at $7,700.00 and November at $7,600.00 for the respective months of 2012, 2013, 2014. These payments will bring a total of $93,000.00. One additional payment in May, 2015 will bring the total to $100,700.00. This will be structured so that the estate will continue to have the interest in real property and receive these payments subject to the obligation to transfer the same to the Debtor upon completion of the payments.

If this is agreeable, I will be happy to assist you in implementing it forthwith and incorporate your wishes.

Yours very truly,

M. Nelson Enmark, Attorney at Law

MNE/kkn

Exhibit "A"

3855 NORTH WEST AVENUE, SUITE 108     FRESNO, CALIFORNIA 93705
TELEPHONE: (559) 229-4613     FACSIMILE: (559) 243-7010     E-MAIL: NENMARK@FRESNO7OR13.COM